UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
ASSOCIATION OF COMMUTER RAIL
EMPLOYEES LOCAL NO. 9,

                    Plaintiff,

-against-                           21 **CIVIL** 5288 (LJL)

## JUDGMENT

METRO-NORTH COMMUTER RAILROAD
COMPANY,

                    Defendant.
-------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated April 25, 2022, because the question presented in this case is a minor dispute, the motion to dismiss for lack of subject-matter jurisdiction is GRANTED, and the Complaint is DISMISSED without prejudice.

**Dated:** New York, New York

      April 25, 2022

                                                  **RUBY J. KRAJICK**

                                                  **Clerk of Court**

                            **BY:**

                                                  **Deputy Clerk**